**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
*lking@kaplanfox.com*
*kherkenhoff@kaplanfox.com*
*breed@kaplanfox.com*

*Counsel for Plaintiff and the Proposed Class*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE CHON PAPADAKIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO "GARY" WANG, NISHAD SINGH, ARMANINO LLP, and PRAGER METIS CPAS, LLC,<br><br>Defendants. | Case No. 3:23-cv-00024<br><br><u>CLASS ACTION</u><br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**TO THE COURT, AND TO ALL PARTIES, AND COUNSEL OF RECORD:**

The undersigned is counsel of record for Plaintiff Julie Chon Papadakis, and hereby submits the following disclosure statement pursuant to Civil Local Rules 3-15:

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: January 3, 2023 | **KAPLAN FOX & KILSHEIMER LLP** |
|  | By: /s/ *Laurence D. King* |
|  | Laurence D. King |
|  | Laurence D. King (SBN 206423)<br>Kathleen A. Herkenhoff (SBN 168562)<br>Blair E. Reed (SBN 316791)<br>1999 Harrison Street, Suite 1560<br>Oakland, CA 94612<br>Telephone: 415-772-4700<br>Facsimile: 415-772-4707<br>Email: *lking@kaplanfox.com*<br>     *kherkenhoff@kaplanfox.com*<br>     *breed@kaplanfox.com* |
|  | **KAPLAN FOX & KILSHEIMER LLP**<br>Frederic S. Fox (*pro hac vice* to be filed)<br>Joel B. Strauss (*pro hac vice* to be filed)<br>Jeffrey P. Campisi (*pro hac vice* to be filed)<br>850 Third Avenue, 14th Floor<br>New York, NY 10022<br>Telephone:  212-687-1980<br>Facsimile:  212-687-7714<br>Email: *ffox@kaplanfox.com*<br>     *jstrauss@kaplanfox.com*<br>     *jcampisi@kaplanfox.com* |
|  | **WITES LAW FIRM P.A.**<br>Mark A. Wites (*pro hac vice* to be filed)<br>4400 North Federal Highway<br>Lighthouse Point, FL  33064<br>Telephone:  954-933-4400<br>Facsimile:  954-354-0205<br>Email: *mwites@witeslaw.com* |
|  | *Counsel for Plaintiff and the Proposed Class* |