1  **KAPLAN FOX & KILSHEIMER LLP**
   Laurence D. King (SBN 206423)
2  Kathleen A. Herkenhoff (SBN 168562)
   Blair E. Reed (SBN 316791)
3  1999 Harrison Street, Suite 1560
   Oakland, CA 94612
4  Telephone: 415-772-4700
   Facsimile: 415-772-4707
5  Email: *lking@kaplanfox.com*
            *kherkenhoff@kaplanfox.com*
6           *breed@kaplanfox.com*

7  *Counsel for Plaintiff and for the Proposed Class*

8  [Additional counsel appear on signature page]

9

10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13

| 14 | JULIE PAPADAKIS, Individually and On Behalf of All Others Similarly Situated, | Case No. 4:23-cv-00024-JSC |
| 15 | | **CLASS ACTION** |
| 16 | Plaintiff, | |
| 17 | v. | **PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER CASE OPENING DOCUMENTS** |
| 18 | SAMUEL BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO "GARY" WANG, NISHAD SINGH, ARMANINO LLP, and PRAGER METIS CPAS, LLC, | |
| 19 | | |
| 20 | Defendants. | |

21

22

23

24

25

26

27

28

Case No. 4:23-cv-00024-JSC
PROOF OF SERVICE

Julie Chon Papadakis, et. al., Plaintiff(s)
vs.
Samuel Bankman-Fried, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 163750-0004

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Prager Metis CPAS, LLC, c/o Joseph Rust as Registered Agent

Court Case No. 23-cv-00024-JSW

KAPLAN, FOX & KILSHEIMER
Ms. Suzanne Powley
1999 Harrison Street
Suite 1560
San Francisco, CA 94612

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of: CALIFORNIA ) ss.
County of: ORANGE )

**Name of Server:** GUILLERMO VERJAN, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 10 day of JANUARY, 20 23, at 3:11 o'clock P M

**Place of Service:** at 2381 Rosecrans Avenue, Suite 350, in El Segundo, CA 90245

**Documents Served:** the undersigned served the documents described as:
Summons and Class Action Complaint; Civil Cover Sheet; Proposed Summons; Consent or Declination to Magistrate Judge Jurisdiction; Order Reassigning Case; ECF Registration Information; Standing Order for Depositions; Civil Standing Orders; Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable Jeffrey S. White; Standing Order on Recusal; Notice of Availiability of Magistrate Judge to Exercise Jurisdiction; Standing Order for All Judges ofn the ND of California - Joint Case Management Statement

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Prager Metis CPAS, LLC, c/o Joseph Rust as Registered Agent
By delivering them into the hands of an officer or managing agent whose name and title is: JOSEPH RUST

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color GREY ; Facial Hair ___
Approx. Age 55+ ; Approx. Height 5-10 ; Approx. Weight 190LBS

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 11 day of JANUARY, 2023

Notary Public      9/12/2023
(Commission Expires)

Tamara Alana Aguirre
COMM #2304658
Notary Public - California
ORANGE COUNTY
My Commission Expires Sept. 12, 2023