**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: *lking@kaplanfox.com*
       *kherkenhoff@kaplanfox.com*
       *breed@kaplanfox.com*

*Counsel for Plaintiff and for the Proposed Class*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE PAPADAKIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO "GARY" WANG, NISHAD SINGH, ARMANINO LLP, and PRAGER METIS CPAS, LLC,<br><br>Defendants. | Case No. 4:23-cv-00024-JSC<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER CASE OPENING DOCUMENTS** |

Julie Chon Papadakis, et. al., Plaintiff(s)
vs.
Samuel Bankman-Fried, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 163750-0006

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Caroline Ellison
Court Case No. 23-cv-00024-JSW

KAPLAN, FOX & KILSHEIMER
Ms. Suzanne Powley
1999 Harrison Street
Suite 1560
San Francisco, CA 94612

State of: **Massachusetts** ) ss.
County of: **Middlesex** )
Name of Server: **Todd J. Reardon**, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **12th** day of **January**, 20**23**, at **9:00** o'clock **A** M

Place of Service: at **327 Franklin Street**, in **Newton, MA 02458**

Documents Served: the undersigned served the documents described as:
Summons and Class Action Complaint; Civil Cover Sheet; Proposed Summons;
Consent or Declination to Magistrate Judge Jurisdiction; Order Reassigning Case;
ECF Registration Information; Standing Order for Depositions; Civil Standing
Orders; Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases
Before the Honorable Jeffrey S. White; Standing Order on Recusal; Notice of
Availability of Magistrate Judge to Exercise Jurisdiction; Standing Order
for All Judges ofn the ND of California - Joint Case Management Statement

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Caroline Ellison

Person Served, and
Method of Service:
☐ By personally delivering them into the hands of the person to be served.
☑ By delivering them into the hands of **Sara Ellison**, a person
of suitable age, who verified, or who upon questioning stated, that he/she resides with
Caroline Ellison
at the place of service, and whose relationship to the person is: **mother**

Description of Person
Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde/Gray**; Facial Hair **n/a**
Approx. Age **65 y.o.**; Approx. Height **5' 5"**; Approx. Weight **130 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at
the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this
**12th** day of **January**, 20**23**

Notary Public        (Commission Expires)
James Reardon  3/20/2026
JAMES R. REARDON
Notary Public
Commonwealth of Massachusetts
My Commission Expires
March 20, 2026

Julie Chon Papadakis, et. al., Plaintiff(s)
vs.
Samuel Bankman-Fried, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

## AFFIDAVIT OF PERSONAL SERVICE
--Caroline Ellison by mailing
Court Case No. 23-cv-00024-JSW

**Law Firm Requesting Service:**
KAPLAN, FOX & KILSHEIMER
Ms. Suzanne Powley
1999 Harrison Street
Suite 1560
San Francisco, CA  94612
**Customer File:**

State of: MINNESOTA   ) ss.
County of: HENNEPIN   )

| | |
|---|---|
| **Name of Server:** | Gregory Johnson, undersigned, being duly sworn, deposes and say that at the time of service, s/he was over the age of twenty-one, was not a party to this actio |
| **Date/Time of Service** | that on 16-Jan-2023 12:00 pm |
| **Place of Service:** | at 327 Franklin Street, city of Newton, state of MA |
| **Documents Served:** | the undersigned served the documents described as:<br>Summons and Class Action Complaint; Civil Cover Sheet; Proposed Summons; Consent or Declination to Magistrate Judge Jurisdiction; Order Reassigning Case; ECF Registration Information; Standing Order for Depositions; Civil Standing Orders; Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable Jeffrey S. White; Standing Order on Recusal; Notice of Availiability of Magistrate Judge to Exercise Jurisdiction; Standing Order for All Judges ofn the ND of California - Joint Case Management Statement |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on:<br>**Caroline Ellison by mailing**<br>By personally delivering them into the hands of same. |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows:<br>Sex     ; Skin Color     ; Hair Color     ; Facial Hair<br>Approx. Age     ; Approx. Height     ; Approx. Weight<br>☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Other Information:** | by mailing via 1st class USPS marked personal and confidential |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.<br><br>Signature of Server<br>**APS International, Ltd.**<br>APS International Plaza · 7800 Glenroy Rd.<br>Minneapolis, MN 55439-3122 | Subscribed and sworn to before me this 18 day of January, 2023<br><br>Notary Public   KELLY KIMBER (Commission Expires)<br>NOTARY PUBLIC<br>MINNESOTA<br>My Commission Expires Jan 31, 2024<br>APS File: 163750-6 |