1

**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)

2

Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316791)

3

1999 Harrison Street, Suite 1560
Oakland, CA 94612

4

Telephone: 415-772-4700
Facsimile: 415-772-4707

5

Email: *lking@kaplanfox.com*
        *kherkenhoff@kaplanfox.com*

6

        *breed@kaplanfox.com*

7

*Counsel for Plaintiff and for the Proposed Class*

8

[Additional counsel appear on signature page]

9

10

11

**UNITED STATES DISTRICT COURT**

12

**NORTHERN DISTRICT OF CALIFORNIA**

13

14

JULIE PAPADAKIS, Individually and On Behalf of All Others Similarly Situated,

Case No. 4:23-cv-00024-JSC

15

Plaintiff,

**CLASS ACTION**

16

17

v.

**PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER CASE OPENING DOCUMENTS**

18

SAMUEL BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO "GARY" WANG, NISHAD SINGH, ARMANINO LLP, and PRAGER METIS CPAS, LLC,

19

20

Defendants.

21

22

23

24

25

26

27

28

Julie Chon Papadakis, et. al., Plaintiff(s)
vs.
Samuel Bankman-Fried, et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 163750-0005

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

KAPLAN, FOX & KILSHEIMER

Ms. Suzanne Powley

1999 Harrison Street
Suite 1560
San Francisco, CA 94612

--Zixiao Gary Wang
Court Case No. 23-cv-00024-JSW

State of: _New Jersey_ ) ss.
County of: _Somerset_ )

Name of Server: _Doug Bramble_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _7_ day of _January_, 20_23_, at _5:37_ o'clock _P_ M

Place of Service: at  304 Island Lane , in  Egg Harbor Township, NJ 08234

Documents Served: the undersigned served the documents described as:
Summons and Class Action Complaint; Civil Cover Sheet; Proposed Summons;
Consent or Declination to Magistrate Judge Jurisdiction; Order Reassigning Case;
ECF Registration Information; Standing Order for Depositions; Civil Standing
Orders; Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases
Before the Honorable Jeffrey S. White; Standing Order on Recusal; Notice of
Availiability of Magistrate Judge to Exercise Jurisdiction; Standing Order
for All Judges ofn the ND of California - Joint Case Management Statement

Service of Process on:

Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Zixiao Gary Wang**

___ By personally delivering them into the hands of the person to be served.

_V_ By delivering them into the hands of _Bing Xiao_ , a person
of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Zixiao Gary Wang**
at the place of service, and whose relationship to the person is: _Mother_

Description of Person
Receiving Documents:

The person receiving documents is described as follows:
Sex _F_; Skin Color _Asian_ ; Hair Color _Black_ ; Facial Hair _—_
Approx. Age _55-60_; Approx. Height _5'5_ ; Approx. Weight _150 lbs._

To the best of my knowledge and belief, said person was not engaged in the US Military at
the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_D. Bram_

Signature of Server _Doug Bramble_
**APS International, Ltd.**

Subscribed and sworn to before me this
_10_ day of _Jan_ . 20_23_

_Russell J Bramble_
Notary Public                    (Commission Expires)

Service of Process by

Julie Chon Papadakis, et. al., Plaintiff(s)
vs.
Samuel Bankman-Fried, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

## AFFIDAVIT OF PERSONAL SERVICE
--Zixiao Gary Wang by mailing
Court Case No. 23-cv-00024-JSW

**Law Firm Requesting Service:**
KAPLAN, FOX & KILSHEIMER
Ms. Suzanne Powley
1999 Harrison Street
Suite 1560
San Francisco, CA  94612

Customer File:

State of: MINNESOTA ) ss.
County of: HENNEPIN )

| | |
|---|---|
| **Name of Server:** | **Gregory Johnson**, undersigned, being duly sworn, deposes and say that at the time of service, s/he was over the age of twenty-one, was not a party to this actio |
| **Date/Time of Service** | that on **17-Jan-2023 12:00 pm** |
| **Place of Service:** | at **304 Island Lane**, city of **Egg Harbor Township**, state of **NJ** |

**Documents Served:** the undersigned served the documents described as:
Summons and Class Action Complaint; Civil Cover Sheet; Proposed Summons;
Consent or Declination to Magistrate Judge Jurisdiction; Order Reassigning Case;
ECF Registration Information; Standing Order for Depositions; Civil Standing
Orders; Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases
Before the Honorable Jeffrey S. White; Standing Order on Recusal; Notice of
Availiability of Magistrate Judge to Exercise Jurisdiction; Standing Order
for All Judges ofn the ND of California - Joint Case Management Statement

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
**Zixiao Gary Wang by mailing**
By personally delivering them into the hands of same.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex       ; Skin Color       ; Hair Color       ; Facial Hair
Approx. Age       ; Approx. Height       ; Approx. Weight

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Other Information:** by mailing USPS first class marked Personal and Confidential

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this 17th day of January, 2023

Notary Public                (Commission Expires)

APS File:

KIMBERLY ANN BOLDENOW
NOTARY PUBLIC
MINNESOTA
My Commission Expires January 31, 2026