**KAPLAN FOX & KILSHEIMER LLP**
Laurence D. King (SBN 206423)
Kathleen A. Herkenhoff (SBN 168562)
Blair E. Reed (SBN 316791)
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Telephone: 415-772-4700
Facsimile: 415-772-4707
Email: *lking@kaplanfox.com*
      *kherkenhoff@kaplanfox.com*
      *breed@kaplanfox.com*

*Counsel for Plaintiff and for the Proposed Class*

[Additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE PAPADAKIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO "GARY" WANG, NISHAD SINGH, ARMANINO LLP, and PRAGER METIS CPAS, LLC,<br><br>Defendants. | Case No. 3:23-cv-00024-JSC<br><br>**CLASS ACTION**<br><br>**PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER CASE OPENING DOCUMENTS** |

Julie Chon Papadakis, et. al., Plaintiff(s)
vs.
Samuel Bankman-Fried, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 163750-0001

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Samuel Bankman-Fried
Court Case No. 23-cv-00024-JSW

KAPLAN, FOX & KILSHEIMER
Ms. Suzanne Powley
1999 Harrison Street
Suite 1560
San Francisco, CA 94612

State of: **California** ) ss.
County of: **Alameda** )
Name of Server: **Christopher Roman**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **12** day of **January**, 20**23**, at **9:19** o'clock **A** M

Place of Service: at **743 Cooksey Lane**, in Stanford, CA 94305

Documents Served: the undersigned served the documents described as:
Summons and Class Action Complaint; Civil Cover Sheet; Proposed Summons;
Consent or Declination to Magistrate Judge Jurisdiction; Order Reassigning Case;
ECF Registration Information; Standing Order for Depositions; Civil Standing
Orders; Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases
Before the Honorable Jeffrey S. White; Standing Order on Recusal; Notice of
Availability of Magistrate Judge to Exercise Jurisdiction; Standing Order
for All Judges ofn the ND of California - Joint Case Management Statement

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Samuel Bankman-Fried**

Person Served, and Method of Service:
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of **Gabe "Doe" last name refused**, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Samuel Bankman-Fried** at the place of service, and whose relationship to the person is: **Co-resident**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **brown**; Facial Hair _____
Approx. Age **30**; Approx. Height **5'10"**; Approx. Weight **165**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this ___ day of _____, 20___

**CA Jurat attached**

Signature of Server                       Notary Public                    (Commission Expires)

**APS International, Ltd.**

**CALIFORNIA JURAT**  GOVERNMENT CODE § 8202

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Alameda_

Subscribed and sworn to (or affirmed) before me on this _17_ day of _January_, 20_23_, by

Date    Month    Year

(1) _Christopher Roman_

(and (2) _____ ),

Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____

Signature of Notary Public

JENNIFER PISCIOTTA
Notary Public - California
Alameda County
Commission # 2322109
My Comm. Expires Mar 19, 2024

Place Notary Seal and/or Stamp Above

———— OPTIONAL ————

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____   Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

Julie Chon Papadakis, et. al., Plaintiff(s)
vs.
Samuel Bankman-Fried, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

**AFFIDAVIT OF PERSONAL SERVICE**
--Samuel Bankman-Fried by mailing
Court Case No. 23-cv-00024-JSW

**Law Firm Requesting Service:**
KAPLAN, FOX & KILSHEIMER
Ms. Suzanne Powley
1999 Harrison Street
Suite 1560
San Francisco, CA  94612

Customer File:

State of: Minnesota ) ss.
County of: Hennepin )

**Name of Server:** Gregory Johnson, undersigned, being duly sworn, deposes and say that at the time of service, s/he was over the age of twenty-one, was not a party to this actio

**Date/Time of Service:** that on 20-Jan-2023 09:00 am

**Place of Service:** at 743 Cooksey Lane, city of Stanford, state of CA

**Documents Served:** the undersigned served the documents described as:
Summons and Class Action Complaint; Civil Cover Sheet; Proposed Summons; Consent or Declination to Magistrate Judge Jurisdiction; Order Reassigning Case; ECF Registration Information; Standing Order for Depositions; Civil Standing Orders; Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable Jeffrey S. White; Standing Order on Recusal; Notice of Availiability of Magistrate Judge to Exercise Jurisdiction; Standing Order for All Judges ofn the ND of California - Joint Case Management Statement

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
**Samuel Bankman-Fried by mailing**
By personally delivering them into the hands of same.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex        ; Skin Color          ; Hair Color           ; Facial Hair
Approx. Age          ; Approx. Height          ; Approx. Weight

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Other Information:** by mailing USPS first class marked personal and confidential

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this ____ day of _____, 20__

Notary Public                    (Commission Expires)

KIMBERLY ANN BOLDENOW
NOTARY PUBLIC
MINNESOTA
My Commission Expires January 31, 2026