**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Kirk A. Hornbeck (State Bar No. 241708)
khornbeck@ HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Matthew P. Bosher (*pro hac vice* to be filed)
mbosher@HuntonAK.com
2200 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

Thomas R. Waskom (*pro hac vice* to be filed)
twaskom@HuntonAK.com
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

Attorneys for Defendant Armanino LLP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIE PAPADAKIS, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO "GARY" WANG, NISHAD SINGH, ARMANINO LLP, and PRAGER METIS CPAS, LLC,<br><br>Defendants. | Case No.   3:23-cv-00024<br><br>**ARMANINO LLP'S RULE 7.1 DISCLOSURE STATEMENT**<br><br>Complaint Filed:   January 3, 2023 |

TO THE COURT CLERK AND ALL PARTIES OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Armanino LLP states the following:

Armanino LLP ("Armanino") is a limited liability partnership. It has no parent and no publicly held corporation owns stock in Armanino.

Dated: January 27, 2023                    **HUNTON ANDREWS KURTH LLP**

                                           By:  /s/ Ann Marie Mortimer
                                                Ann Marie Mortimer
                                                Attorneys for Defendant Armanino LLP

**ARMANINO LLP'S RULE 7.1 DISCLOSURE STATEMENT**                    3:23-cv-00024