MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
Richard M. Simins
rsimins@mmwr.com
Jeremy D. Mishkin
jmishkin@mmwr.com
437 Madison Avenue, 24th Floor
New York, NY 10022
Telephone: (212) 867-9500

COHEN & GRESSER LLP
S. Gale Dick
sgdick@cohengresser.com
Alexandra K. Theobald
atheobald@cohengresser.com
800 Third Avenue
New York, New York 10022
Telephone: (212) 957 7600

LEWIS & LLEWELLYN LLP
Marc R. Lewis (SBN 233306)
mlewis@lewisllewellyn.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 800-0590

Attorneys for Defendant
SAMUEL BANKMAN-FRIED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE PAPADAKIS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO "GARY" WANG, NISHAD SINGH, ARMANINO LLP, and PRAGER METIS CPAS, LLC,<br><br>Defendants. | Case No. 3:23-cv-00024-JSC<br><br>Related Cases:         3:22-cv-07336-JSC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

TO THE DISTRICT COURT, ALL PARTIES AND THEIR COUNSEL:

Plaintiff Julie Papadakis ("Plaintiff") and Defendant Samuel Bankman-Fried ("Defendant"), by and through their counsel of record, stipulate to an extension of time to file an Answer or otherwise respond to the Complaint, based upon the following facts:

1. Plaintiff filed the Complaint in this action on January 5, 2023.

2. Plaintiff and Defendant agree that the deadline to respond to the Complaint may be extended until April 14, 2023.

3. The extension of Defendant's time to respond to the Complaint will not alter the date of any event or deadline already fixed by Court order.

THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

Defendant may have until April 14, 2023, to respond to the Complaint.

Dated: March 13, 2023                LEWIS & LLEWELLYN LLP

By: /s/ Marc R. Lewis
    Marc R. Lewis
    Attorneys for Defendant
    SAMUEL BANKMAN-FRIED

Dated: March 13, 2023                KAPLAN FOX & KILSHEIMER LLP

By: /s/ Laurence D. King
    Laurence D. King
    Frederic S. Fox
    Jeffrey Philip Campisi
    Joel B. Strauss
    Kathleen A. Herkenhoff
    Attorneys for Plaintiff
    JULIE PAPADAKIS

**ATTESTATION**

Under L.R. 5-1(i)(3), the filer hereby attests that all other signatories to this document concur in the content of, and have authorized, this filing.

Dated: March 13, 2023                    LEWIS & LLEWELLYN LLP

By: */s/ Marc R. Lewis*
        Marc R. Lewis
        Attorneys for Non-Party
        SAMUEL BANKMAN-FRIED