**HUNTON ANDREWS KURTH LLP**
Ann Marie Mortimer (State Bar No. 169077)
amortimer@HuntonAK.com
Kirk A. Hornbeck (State Bar No. 241708)
(appearance in *Papadakis* only)
khornbeck@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Matthew P. Bosher
(admitted *pro hac vice* in *Papadakis* only)
mbosher@HuntonAK.com
2200 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

Thomas R. Waskom
(admitted *pro hac vice* in *Papadakis* only)
twaskom@HuntonAK.com
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218

Attorneys for Defendant Armanino LLP

**SIDLEY AUSTIN LLP**
Sarah A. Hemmendinger (SBN 298659)
shemmendinger@sidley.com
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-7413
Facsimile: (415) 772-7400

Bruce R. Braun (admitted *pro hac vice*)
bbraun@sidley.com
Joanna R. Travalini (admitted *pro hac vice*)
jtravalini@sidley.com
Tommy Hoyt (admitted *pro hac vice*)
thoyt@sidley.com
One South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7050
Facsimile: (312) 853-7036

Attorneys for Defendant Prager Metis CPAs, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUSSELL HAWKINS, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMUEL BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO "GARY" WANG, NISHAD SINGH, ARMANINO LLP, and PRAGER METIS CPAS, LLC,<br><br>　　　　　Defendants. | Case Nos.　22-cv-07444–JSC (*Pierce*)<br>　　　　　　22-cv-07620-JSC (*Hawkins*)<br>　　　　　　23-cv-00024-JSC (*Papadakis*)<br><br>**ADMINISTRATIVE L.R. 7-11 REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCES** |

STEPHEN T. PIERCE, individually and on behalf of other members of the general public similarly situated,

        Plaintiff,

    v.

SAM BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO WANG, NISHAD SINGH, ARMANINO LLP and PRAGER METIS CPA's,

        Defendants.

JULIE PAPADAKIS, individually and on behalf of other members of the general public similarly situated,

        Plaintiff,

    v.

SAM BANKMAN-FRIED, CAROLINE ELLISON, ZIXIAO WANG, NISHAD SINGH, ARMANINO LLP and PRAGER METIS CPA's,

        Defendants.

TO THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that pursuant to Civil Local Rule 7-11, Defendants Armanino LLP and Prager Metis CPAs, LLC ("Defendants") hereby jointly and respectfully move this Court for an Order Continuing the Case Management Conferences in the *Pierce*, *Hawkins* and *Papadakis* actions. The CMCs in these three actions are set on May 26, 2023, as are the CMCs in the *Lam* (21-cv-07336–JSC) and *Jessup* (22-cv-07666-JSC) actions (with *Pierce*, *Hawkins* and *Papadakis*, the "Related Actions").

The Related Actions are the subject of a Multidistrict Litigation Petition pending before the Joint Panel on Multidistrict Litigation. The JPML will hear argument on the MDL Petition on May 25, 2023. The JPML likely will not rule on the Petition until June. The JPML's ruling will clarify whether the Related Actions will remain in the Northern District of California or be transferred to

ADMINISTRATIVE L.R. 7-11 REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCES

another venue.  Defendants request that the Court continue the CMCs in *Pierce*, *Hawkins* and *Papadakis* until after the JPML rules on the MDL Petition.[1]

On March 24, 2023 Plaintiffs requested that the Court continue the CMCs in the Lam, Pierce, Hawkins and Jessup actions, and set "the CMCs … for Thursday, May 25, 2023 or a later date." (Pls.' Administrative L.R. 7-11 Request at 3, ECF 41.)  Plaintiffs' proffered order proposed that the Court "reschedule[] [the CMCs] for May 25, 2023." (*See* ECF 41-2.) On March 28, 2023, the Court granted Plaintiffs' Administrative Request, rescheduling the CMCs for May 26. (*See* Order, ECF No. 42.)

Under the current schedule, at the CMCs the Court will not have the benefit of knowing the outcome of the MDL Petition.  The JPML will have heard argument on the Petition but not yet ruled.  The JPML's ruling could moot the CMCs (if the actions are transferred elsewhere), or at least affect case management (if the actions are transferred to the Northern District of California, as many parties have requested).

An additional 30-day continuance will almost certainly provide sufficient time for the JPML to rule before the CMCs.  Such a schedule creates efficiencies for the Court and the parties, and is in the interest of justice.

For the foregoing reasons, the Court should grant the relief requested herein and continue the CMCs for 30 days.

Dated: May 18, 2023

**HUNTON ANDREWS KURTH LLP**

By:  /s/ *Ann Marie Mortimer*
Ann Marie Mortimer
Kirk A. Hornbeck
Matthew P. Bosher
Thomas R. Waskom

Attorneys for Defendant Armanino LLP

---

[1] Defendants anticipate that a continuance in *Pierce*, *Hawkins* and *Papadakis* would also apply to *Lam* and *Jessup*, but Defendants are not parties to those actions, so lack standing to make that request.

3

ADMINISTRATIVE L.R. 7-11 REQUEST FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCES

| | |
|---|---|
| Dated: May 18, 2023 | **SIDLEY AUSTIN LLP**<br><br>By: */s/ Joanna R. Travalini*<br>       Sarah A. Hemmendinger<br>       Bruce R. Braun<br>       Joanna R. Travalini<br>       Tommy Hoyt<br><br>Attorneys for Prager Metis CPAs, LLC |